Entered: December 12, 2011
Signed:  December 12, 2011

**SO ORDERED**



_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   09–14983 – RAG     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason Dennis
*debtor has no known aliases*
12608 Nancy Lee Court
Reisterstown, MD 21136

Social Security No.:   xxx–xx–7112

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 3/24/09.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that George W. Liebmann is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *jgladysiewski*

### End of Order